NEWARK FARMERS MARKET, INC., RESPONDENT, v. STATE BOARD OF TAX APPEALS ET AL., APPELLANTS.

Submitted May 25, 1945—Decided September 27, 1945.

For the respondent, *Harrison & Roche & Darby*.

For the appellants, *Philip J. Schotland*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, COLIE, OLIPHANT, WELLS, RAFFERTY, THOMPSON, DILL, FREUND, McGEEHAN, JJ. 13.

*For reversal*—None.